## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Brad Nunan, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook account that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc. ("Meta"), a company headquartered in Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. § 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Meta to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the account.

2. I am a Special Agent with the United States Secret Service ("USSS") assigned to the Portland Maine Resident Office ("PME"). I have been a Special Agent with the USSS since April 2007. In my duties as a Special agent, I have gained training and experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, the use of lawfully obtained evidence and data and various other procedures. Through my employment, I have conducted investigations relating to violations of federal law, including threats against the President.

3. The information contained in this affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents and officers involved in this investigation.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended

to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that a violation of Title 18, U.S.C., § 115(a)(1)(B) (threat to assault a Federal law enforcement officer with the intent to impede, intimidate, interfere, or retaliate while or because the officer is engaged in official duties) has been committed by Joanna St. Germain with Facebook user account @joanna.s.germain. There is also probable cause to search the information described in Attachment A for evidence of these crimes and contraband or fruits of these crimes, as described in Attachment B.

## PROBABLE CAUSE

6. On April 29, 2025, at 3:14pm EDT, Facebook user account @joanna.s.germain posted the following on Facebook: "The Secret Service has the perfect opportunity, if they choose to step up and take it. You are the ones with power. Coordinate. Take out every single person who supports Trump's illegal, immoral, unconstitutional acts. Look at the sycophants and give them what they're asking for. Every other country sees what's happening and they are taking stands. If you step up, we can avoid a civil war. I'm not talking about assassinating a president. A president is a person duly elected by the American people. Tr*mp has shamelessly bragged openly about stealing the election. He is making plans to give himself a third term. I'm talking about Americans recognizing a fascist dictatorship and standing against it. Secret Service, you are Americans. My beloved military, you are Americans. We, the people, are counting on you. If I had the skill set required, I would take them out myself. I'm making this post public for a reason, I promise you. Don't waste time wondering if I'm okay. I'm not. If you're okay, you're lying to yourself"

7. In the comments section of this Facebook post, @joanna.s.germain stated: "Hey. I'm not sorry about a thing I said. I've been a public-school teacher since 2015. Every year, I have

a conversation with every single one of my classes. I tell them that I will stand between them and a bullet, and I mean it. I have a plan to take out an intruder that I have never revealed because the shooter might be in the room with us. When I tell you I'd die for your children, I mean that shit. When I say that Trump and all the sycophants he's surrounded himself with need to die, I mean that shit. Because I see the threat he poses to children. I see him for the incestuous piece of shit he is. If you're Maga, if you're republican? I have no beef with you. I only have beef with people who fuck with children. I'll die on that hill, happily."

8. Law enforcement has reviewed the @joanna.s.germain Facebook account. Based on a review of this account including previous posts and selfies on the account, the user of the account has been identified as Joanna St. Germain. Ms. St. Germain is a teacher at Waterville High School.

9. On April 29, 2025 at 8:00pm EDT, the following voicemail was left at the Portland, Maine office of the United States Secret Service: "Hey, y'all. I don't know if you understand the power that you have looking at the political landscape as it is. You guys could, uh, absolutely take out the people that are completely fucking with the American Constitution. [Laughs]. You have that power. A few bullets would do it. My name is Joanna St. Germain. 465-XXXX. I live at XXXXX, Waterville, Maine. I'm fucking sick looking at what the current administration is doing. You have so much power. You have so much power to do the right thing. Fuck Donald Trump. Fuck Putin. **Come for me if you need to. 'Cause I'm coming for you, fuckers.**" (emphasis added).

10. On April 30, 2025, at 9:45am EDT, @joanna.s.germain posted on Facebook: "My friends. I am so sorry you took that post to mean that all Republicans should die. I have no beef with Republicans. I have no beef with MAGA. I meant that those in the room with Trump, who are permitting and approving his egregious actions, need to be held accountable. I've been teaching history for so long, and it's very difficult to watch things repeat in rhymes. I love each and every

one of you, and I understand why you're angry with me. I love your children. I love the disabled. I love the LGBTQ+ community. I love black and brown people. I love autistic people. My love holds no quarter for people in power actively harming those I love."

11. On April 30, 2025, at 11:14am EDT, @joanna.s.germain posted on Facebook: "You illiterate bums, oh my gosh. I posted knowing I'd likely lose my jobs and benefits. I have zero shame about what I've said. I'm not backtracking a single thing. I believe Trump and every sycophant he has surrounded himself with (this is not you - if you're reading this, this doesn't apply to you. You are beneath his notice and mine) needs to die. I believe this with the same forceful belief that Hitler and his sycophants needed to die, before they murdered 6 million innocent Jewish persons."

12. Based on the above findings, I have probable cause to believe and I do believe that the Facebook account @joanna.s.germain contains information regarding a violation of Title 18, U.S.C., § 115(a)(1)(B) (threat to assault a Federal law enforcement officer with the intent to impede, intimidate, interfere, or retaliate while or because the officer is engaged in official duties). Specifically, the statement in the April 29, 2025 voicemail ("Come for me if you need to. 'Cause I'm coming for you, fuckers.") appears to be a threat directed at United States Secret Service personnel in retaliation for their performance of their official duties. The information obtained from Facebook will provide context and background to the statements made in the April 29, 2025 voicemail.

## BACKGROUND CONCERNING FACEBOOK[1]

13. Meta owns and operates Facebook, a free-access social networking website that can be accessed at http://www.facebook.com. Facebook users can use their accounts to share communications, news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

14. Meta asks Facebook users to provide basic contact and personal identifying information either during the registration process or thereafter. This information may include the user's full name, birth date, gender, e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Each Facebook user is assigned a user identification number and can choose a username.

15. Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

---

[1] The information in this section is based on information published by Meta on its Facebook website, including, but not limited to, the following webpages: "Privacy Policy," available at https://www.facebook.com/privacy/policy; "Terms of Service," available at https://www.facebook.com/legal/terms; "Help Center," available at https://www.facebook.com/help; and "Information for Law Enforcement Authorities," available at https://www.facebook.com/safety/groups/law/guidelines/.

16. Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

17. Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

18. Facebook users can upload photos and videos to be posted on their Wall, included in chats, or for other purposes. Users can "tag" other users in a photo or video, and can be tagged by others. When a user is tagged in a photo or video, he or she generally receives a notification of the tag and a link to see the photo or video.

19. Facebook users can use Facebook Messenger to communicate with other users via text, voice, video. Meta retains instant messages and certain other shared Messenger content

unless deleted by the user, and also retains transactional records related to voice and video chats. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.

20. If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

21. Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

22. Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

23. Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

24. Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

25. In addition to the applications described above, Meta provides users with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

26. Meta also retains records of which IP addresses were used by an account to log into or out of Facebook, as well as IP address used to take certain actions on the platform. For example, when a user uploads a photo, the user's IP address is retained by Meta along with a timestamp.

27. Meta retains location information associated with Facebook users under some circumstances, such as if a user enables "Location History," "checks-in" to an event, or tags a post with a location.

28. Social networking providers like Meta typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Meta about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Meta typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

29. As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Meta, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a

residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Meta logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, location information retained by Meta may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

30. Therefore, the servers of Meta are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

**INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED**

31. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant

to require Meta to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

32. Based on the foregoing, I request that the Court issue the proposed search warrant.

33. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving it on Meta. Because the warrant will be served on Meta, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

34. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

Respectfully submitted,

Brad Nunan
Special Agent
United States Secret Service

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: May 08 2025

City and state: Bangor, ME

John C Nivison U.S. Magistrate Judge
Printed name and title